CRIMINAL COMPLAINT

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>**v.**<br>**Juan Felix**<br>DOB: 1980; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-01612MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(D)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 12, 2019, in the District of Arizona, **Juan Felix** did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 12, 2019, at approximately 10:00 a.m., Francisco Javier Perez-Rivera entered the United States from the Republic of Mexico at the DeConcini Port of Entry (POE) in Nogales, Arizona. Perez-Rivera was the driver and sole occupant of a 2016 white Nissan Versa bearing a Sonoran, Mexico license plate. The vehicle was referred to secondary inspection by Customs and Border Protection (CBP) officers. During a search of the vehicle, officers located several packages of suspected narcotics in the front passenger airbag compartment. These packages were wrapped in brown tape, which is a common method used by drug trafficking organizations to wrap and conceal narcotics. A CBP canine alerted to a trained odor in the dashboard area of the vehicle. Officers notified Homeland Security Investigations (HSI) of their findings. HSI commenced a surveillance operation to follow Perez-Rivera in the Versa to its intended destination. At approximately 11:45 a.m., officers released the Versa from the POE. HSI Special Agents maintained constant visual of the Versa after it departed the POE and proceeded to travel north into the United States. HSI Special Agents followed the vehicle to an apartment complex in Phoenix, Arizona. At this apartment complex, Perez-Rivera was met by a grey Mazda 3. The driver of the Mazda 3 was later identified as Juan FELIX. Perez-Rivera, driving the Versa, followed FELIX, driving the Mazda 3, to a residence in Glendale, Arizona. Both vehicles parked at this residence. At this residence, HSI Special Agents observed Perez-Rivera turn over the Versa to FELIX. FELIX then turned over the Mazda 3 to Perez-Rivera. Perez-Rivera departed from the residence in the Mazda 3. At the Glendale residence, HSI Special Agents observed FELIX constantly going in and out of the Nissan Versa. HSI Special Agents approached FELIX while he stood next to the VERSA. HSI Special Agents detained FELIX as part of the ongoing drug smuggling investigation. During a pat down, HSI Special Agents located the keys to the Versa in FELIX's front pocket. A search warrant was obtained for the Nissan Versa. Agents found a total of 15 kilograms of marijuana concealed within the dashboard area and gas tank of the Versa.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>RJSS/am<br>AUTHORIZED AUSA Rebecca J. Sable | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>TFO/HSI |

**Sworn to before me and subscribed in my presence.**

| | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 13, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54